# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

State of North Dakota, et al.,

          Plaintiffs,

Civil No. 11-3232 SRN/SER

v.

**ORDER**

Lori Swanson, et al.,

          Defendants.

---

This matter is before the Court on the letters of the parties regarding summary judgment briefing [Doc. Nos. 118-121]. The Minnesota Center for Environmental Advocacy has requested an extension of time in which to file their brief, and Defendants request leave to exceed the word count permitted under the local rules to 18,000 words in the aggregate.

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Environmental Policy Groups' amicus brief in this matter shall be filed no later than September 19, 2013. The word count on the amicus brief is limited to 6000 words.

2. Defendants' request to exceed the word count to 18,000 words in the aggregate is GRANTED, but the Court advises Defendants to be clear and concise in its arguments.


Dated: August 30, 2013

          s/Susan Richard Nelson
          SUSAN RICHARD NELSON
          United States District Judge