UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of North Dakota, <br> Industrial Commission of North Dakota, <br> Lignite Energy Council, <br> Basin Electric Power Cooperative, <br> The North American Coal Corporation, <br> Great Northern Properties Limited Partnership, Missouri Basin Municipal Power Agency d/b/a Missouri River Energy Services, Minnkota Power Cooperative, Inc., <br><br> Plaintiffs, <br> v. <br><br> Beverly Heydinger, Commissioner and Chair, Minnesota Public Utilities Commission, <br> David C. Boyd, Commissioner, Minnesota Public Utilities Commission, <br> Nancy Lange, Commissioner and Vice Chair, Minnesota Public Utilities Commission, <br> J. Dennis O'Brien, Commissioner, Minnesota Public Utilities Commission, <br> Betsy Wergin, Commissioner, Minnesota Public Utilities Commission, and <br> Mike Rothman, Commissioner, Minnesota Department of Commerce, each in his or her official capacity, <br><br> Defendants. | No.: 11-CV-3232 (SRN/SER) <br><br><br><br><br><br><br><br><br><br> **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

To: Defendants Beverly Heydinger, Commissioner and Chair, Minnesota Public Utilities Commission, David C. Boyd, Commissioner, Minnesota Public Utilities Commission, Nancy Lange, Commissioner and Vice Chair, Minnesota Public Utilities Commission, J. Dennis O'Brien, Commissioner, Minnesota Public Utilities Commission, Betsy Wergin, Commissioner, Minnesota Public Utilities Commission, and Mike Rothman, Commissioner, Minnesota Department of Commerce, each in his or her official capacity, and their attorneys, Lisa A. Crum, John S. Garry, Gary R. Cunningham, and Kevin Curry, OFFICE OF THE ATTORNEY GENERAL, State of Minnesota, 445 Minnesota Street, Suite 1100, St. Paul, Minnesota 55101-2128.

Plaintiffs State of North Dakota, Industrial Commission of North Dakota, the Lignite Energy Council, Basin Electric Power Cooperative, The North American Coal Corporation, Great Northern Properties Limited Partnership, Missouri Basin Municipal Power Agency d/b/a Missouri River Energy Services, and Minnkota Power Cooperative (collectively, "Plaintiffs") hereby move the Court to grant their Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 seeking an order declaring and adjudicating that Minn. Stat. § 216H.03, subd. 3, is unconstitutional, and therefore invalid and unenforceable, because, *inter alia*, it prohibits any person from importing or committing to import into Minnesota power from "a new large energy facility that would contribute to statewide power sector carbon dioxide emissions," *id.* subd. 3(2), and it prohibits any person from "enter[ing] into a new long-term power purchase agreement that would increase statewide power sector carbon dioxide emissions." *Id.* subd. 3(3); and an order enjoining Defendants Minnesota Public Utilities Commission Commissioners Beverly Heydinger, David C. Boyd, Nancy Lange, J. Dennis O'Brien and Betsy Wergin, and Minnesota Department of Commerce Commissioner Mike Rothman, and their respective successors in office, from enforcing Minn. Stat. § 216H.03, subd. 3.

1

2

Dated: September 5, 2013

                              <u>s/Thomas H. Boyd</u>
                              Wayne Stenehjem
                                  Attorney General
                                  of North Dakota
                                  Pro Hac Vice
                              John A. Knapp
                                Special Assistant Attorney General
                                Minnesota Bar No. 56789
                              Thomas H. Boyd
                                Special Assistant Attorney General
                                Minnesota Bar No. 200517
                              Brent A. Lorentz
                                Special Assistant Attorney General
                                Minnesota Bar No. 386865
                              Derek R. Allen
                                Special Assistant Attorney General
                                Minnesota Bar No. 0392065
                              Suite 3500
                              225 South Sixth Street
                              Minneapolis, MN 55402-4629
                              612-604-6400

                              *Counsel of Record for Plaintiffs State of North Dakota and Industrial Commission of North Dakota.*

          WINTHROP & WEINSTINE, P.A.


          <u>s/Thomas H. Boyd</u>
          John A. Knapp
             Minnesota Bar No. 56789
          Thomas H. Boyd
             Minnesota Bar No. 200517
          Brent A. Lorentz
             Minnesota Bar No. 386865
          Derek R. Allen
             Special Assistant Attorney General
             Minnesota Bar No. 0392065
          Suite 3500
          225 South Sixth Street
          Minneapolis, MN 55402-4629
          612-604-6400

*Counsel of Record for Plaintiffs Lignite Energy Council, Basin Electric Power Cooperative, The North American Coal Corporation, Great Northern Properties Limited Partnership, Missouri Basin Municipal Power Agency d/b/a Missouri River Energy Services, Minnkota Power Cooperative, Inc.*


Claire M. Olson
Casey Jacobson
Basin Electric Power Cooperative
Office of General Counsel
1717 East Interstate Avenue
Bismarck, ND 58503-0564
Phone: (701) 557-5317

*Attorneys for Basin Electric Power Cooperative*

3

John Neumann
The North American Coal Corporation
5340 Legacy Drive, Building 1, Suite 300
Plano, TX 75024
Phone:  (972) 448-5400

*Attorneys for The North American Coal Corporation*

Sandi Tabor
Lignite Energy Council
1016 East Owens Avenue
PO Box 2277
Bismarck, ND 58502
Phone:  (701) 258-7117

*Attorney for The Lignite Energy Council*

William Taylor
Woods, Fuller, Shultz and Smith
300 S. Phillips Ave., Suite 300
P.O. Box 5027
Sioux Falls, SD 57117-5027
Phone:  (605) 336-3890

*Attorneys for Missouri Basin Municipal Power Agency d/b/a Missouri River Energy Services*

David Sogard
Minnkota Power Cooperative, Inc.
P.O. Box 13200
Grand Forks, ND 58208-3200
Phone:  (701) 795-4210

*Attorney for Minnkota Power Cooperative, Inc.*

4

Wyatt Hogan
Great Northern Properties L.P.
601 Jefferson Street
Suite 3600
Houston, TX 77002
Phone: (713) 751-7500

*Attorney for Great Northern Properties Limited Partnership*

7870859v1

5